IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD HOUSTON (C-68640),

    Petitioner,        No. CIV S-06-1097 MCE EFB P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 18, 2006, respondent filed a motion to dismiss. Petitioner opposed, and respondent filed a reply on August 9, 2006, requesting the court allow respondent to withdraw the motion to dismiss.

    Accordingly, it is ORDERED that:

    1. Respondent's July 18, 2006, motion to dismiss is withdrawn and the Clerk is directed to terminate the pending motion;

    2. Respondent is granted 30 days from the date this order is served in which to file an answer to the petition.

Dated: March 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE