IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD HOUSTON,

     Petitioner,           No. CIV S 06-1097 ALA HC

   vs.

BOARD OF PRISON TERMS, et al.,

     Respondents.       <u>ORDER</u>

_____/

     Petitioner Edward Houston has requested an extension of time to file a response to the court's order of December 20, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's December 27, 2007 request for an extension of time is granted; and

     2. Petitioner is granted thirty-five (35) days from the date of this order in which to file his response.

/////

Dated: January 4, 2008

                                    /s/ Arthur Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation