IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD HOUSTON,

    Petitioner,                               Case No. 2:06-cv-01097 ALA (HC)

    vs.

BOARD OF PRISON TERMS, et al.,                  <u>ORDER</u>

    Respondents.

_____/

    Petitioner Edward Houston is a state prisoner proceeding *pro se* with an application for writ of habeas corpus under 28 U.S.C. § 2254. On May 19, 2006, Petitioner filed a petition for writ of habeas corpus. Doc. No. 1. On May 31, 2006, the Court filed an order in which it set the dates for filing an answer and a traverse, which is now referred to as a "reply." In the order, the Court explained that "Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed." Doc. No. 5. Respondents filed a timely answer on April 4, 2007. Doc. No. 17. To date, Petition has not filed a reply.

    According to Rule (5)e of the Rules Governing Section 2254 Cases, "The petitioner *may* submit a reply to the respondent's answer or other pleading within a time fixed by the judge." (emphasis added). Thus, it is optional to file a reply.

///

1

1  Accordingly, IT IS HEREBY ORDERED that if Petitioner wishes to file a reply, he must
2  do so by July 14, 2008.  No extension to file a reply will be granted.
3  ///
4  DATED: June 16, 2008

6  /s/ Arthur L. Alarcón
   UNITED STATES CIRCUIT JUDGE
7  Sitting by Designation