IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD HOUSTON,

    Petitioner,      Case No. 2:06-cv-01097 ALA (HC)

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.      <u>ORDER</u>

_____/

    On August 29, 2008, Petitioner Edward Houston filed the prescribed eastern district application to proceed *in forma pauperis* and a financial report of his inmate trust account. (Doc. 29). Pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, this Court considered Petitioner's application.

    Based on the data provided, IT IS HEREBY ORDERED that Petitioner Houston's request to proceed *in forma pauperis* on appeal be GRANTED.

/////

DATED: September 15, 2008

                        /s/ Arthur L. Alarcón
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation