IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD HOUSTON,

    Petitioner,   Case No. 2:06-cv-01097 ALA (HC)

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.   ORDER
_____/

    Petitioner Edward Houston ("Petitioner") requests a copy of this Court's "final decision." (Doc. 33).

    It is HEREBY ORDERED that the Clerk of Court send Petitioner a copy of this Court's disposition. (Doc. 26).

DATED: December 11, 2008

                            /s/ Arthur L. Alarcón
                            UNITED STATES CIRCUIT JUDGE
                            Sitting by Designation